UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STANLEY ROBINSON,

    Petitioner,

v.                                                    Case No. 3:25cv201-LC-HTC

FLORIDA DEPARTMENT OF CORRECTIONS,
FLORIDA PAROLE AND PROBATION DEPARTMENT,

    Respondents.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 5, 2025 (ECF No. 6). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.     The petition under 28 U.S.C. § 2254, ECF Doc. 1, is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to prosecute, to keep the Court apprised of his address, and to comply with an order of the Court.

3.  The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 4th day of June, 2025.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**